Christopher D. Glos #210877
Email: Christopher.glos@kutakrock.com
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Attorneys for Judgment Creditor
CAPITOL RECORDS INC., DBA EMI RECORDS NORTH AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THE TOMATO MUSIC WORKS LTD.,<br><br>        Plaintiff,<br><br>v.<br><br>CAPITOL RECORDS INC., dba EMI RECORDS NORTH AMERICA<br><br>        Judgment Creditor. | Case No. 2:07-cv-04800-AHS<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

The Judgment Debtor, THE TOMATO MUSIC WORKS LTD ("JUDGMENT DEBTOR"), having judgment entered against it in the United States District Court, Southern District of New York ("USDC, SDNY"), Case No. 04 CV 3164 (RCC), on March 28, 2006, in the amount of $45,833.34, and said judgment was certified for registration, and registered and entered in the United States District Court, Central District of California on July 16, 2017.  [Docket No. 1 in USDC, Central District of California, Case No. 2:07-cv-04800-AHS].

NOW, upon Application by CAPITOL RECORDS INC., dba EMI RECORDS NORTH AMERICA ("CAPITOL RECORDS") and upon declaration that JUDGMENT DEBTOR has failed to satisfy the outstanding judgment;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment against JUDGMENT DEBTOR is renewed in the amount of $45,833.34, and that CAPITOL RECORDS recover as follows:

a. Principal ...................................................................$45,833.34
b. Credit Received..................................................................$0
c. Judgment Interest ..............................................................$0
d. Costs ...................................................................................$0
e. Attorney's Fees .................................................................$0
GRAND TOTAL................................................................$45,833.34

Dated: __2/17/2017__    CLERK OF COURT,

s/ J. Remigio
_____
Deputy Clerk
United States District Court